IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARKANSAS
EASTERN DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 0 5 2002

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

2-02-CV-00033 GH

| | |
|---|---|
| EDWARD W. JAROS, JR., LeJERRIS ALLEN, PAT AMMONS, CHARLES AUSTIN, JR., HAROLD R. BROWN, JR., KELVIN BROWN, MICHAEL T. CONEY, FLOYD S. CURTIS, WILLIAM M. DAVIDSON, DENNIS W. DAVIS, DAVID EICHLER, KEITH FULMORE, RICHARD A. HAND, JOHNNY HARRIS, JAMES D. HENSON, TERRELL P. HENSON, TERRY L. HENSON, RANDY HICKMON, RICKY L. HODGE, RICHARD B. HUDSON, BOB HUNTHROP, GLENN JOHNSON, JASON JOHNSON, KEVIN LYONS, F. ANDRE MARTIN, MICHAEL P. MARTIN, ROBERT MONTGOMERY, JAMES MULLENAX, CHRIS MUNCY, CHARLES T. NIX, RONNIE E. PAIGE, ROBERT A. PETERSON, KYLE E. PICKARD, ROGER POOL, JOHNNY REEP, BOBBI ROBERTS, CURTIS M. SMITH, DANNY SMITH, WILLIAM C. STING, BRITTON D. TURNER, SCOTT VALENTINE, ROBERT J. WALLACE, WILLIAM C. WHITT, RUSSELL M. WILKERSON, III, ROBERT WILLIAMS, JOEL D. WOOLF<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LITTLE ROCK, ARKANSAS<br><br>Defendant. | CIVIL ACTION NO.<br><br>COMPLAINT FOR DECLARATORY JUDGMENT, COMPENSATION, UNDER THE FAIR LABOR STANDARDS ACT AND OTHER RELIEF<br><br><br>JURY TRIAL DEMAND<br><br><br>This case assigned to District Judge _____<br>and to Magistrate Judge _____ |

1. The plaintiffs are employees or former employees of the defendant City of Little Rock, Arkansas, and they bring this action on behalf of themselves and other employees similarly situated. This is an action for a declaratory judgment under 28 U.S.C. §§2201 and 2202 and for compensation and other relief under the Fair Labor Standards Act, as amended 29 U.S.C. §201, et seq.

## JURISDICTION AND VENUE

2. Jurisdiction of this action is conferred on this Court by 29 U.S.C. §216(b), 28 U.S.C. §1331 and 28 U.S.C. §1337. Venue lies within this district pursuant to 28 U.S.C. §1391.

## PARTIES

3. Plaintiff Edward W. Jaros, Jr., is a resident of the City of Little Rock, Arkansas and is employed by the defendant City of Little Rock, Arkansas in fire protection activities. The additional persons who are plaintiffs in this action are also employees or former employees of the defendant City of Little Rock, Arkansas employed in fire protection activities and they are identified in Exhibit A appended hereto. Each of the plaintiffs has given his or her written consent to be a party plaintiff in this action pursuant to 29 U.S.C. §216(b) which is appended hereto as Exhibit A.

4. Defendant City of Little Rock, Arkansas is a political subdivision of the state of Arkansas, a "public agency" within 29 U.S.C. §203(x), and an "employer"

within 29 U.S.C. §203(d).

## PLAINTIFFS' CLAIM

5. At all times material herein, the plaintiffs have been entitled to the rights, protections and benefits provided under the Fair Labor Standards Act as amended, 29 U.S.C. §201, et seq., (hereafter referred to as "FLSA").

6. At all times material herein, the plaintiffs have worked hours in excess of the hourly levels specified in the FLSA, 29 U.S.C. §207. As a result, at all times material herein, plaintiffs were entitled to overtime compensation at a rate of not less than one and one-half times their regular rate of pay for the hours of overtime they have worked.

7. At all times material herein, the defendant has failed and refused to provide plaintiffs with overtime compensation at a rate of one and one-half times their regular rate of pay for the hours plaintiffs have worked in excess of the hourly levels specified in the FLSA, 29 U.S.C. §207, thereby violating 29 U.S.C. §207.

8. Defendant's refusal to provide overtime pay to plaintiffs for the hours plaintiffs have worked in excess of the hourly levels specified in the FLSA, 29 U.S.C. §207, wrongly deprives plaintiffs of the premium overtime compensation that is due to them at all times material herein.

9. The defendant's actions and omissions as alleged herein were done in knowing, willful and bad faith manner.

3

10. The employment and work records for plaintiffs are in the exclusive possession, custody and control of the defendant, and the plaintiffs are unable to state at this time the exact amounts owing to each of them. The defendant is under duty imposed by the FLSA, 29 U.S.C. §211(c), and the regulations of the United States Department of Labor to maintain and preserve payroll and other employment records with respect to plaintiffs and other employees similarly situated from which the amounts of defendant's liability can be ascertained.

WHEREFORE, the plaintiffs, on their own behalf and on behalf of others similarly situated, pray that this Court:

(a) Enter a declaratory judgment declaring that the defendant has willfully and wrongfully violated its statutory obligations, and deprived the plaintiffs of their rights,

(b) Enter a permanent injunction restraining and preventing the defendant from withholding the compensation that is due each of the plaintiffs and from further violating their rights under law;

(c) Order a complete and accurate accounting of all the compensation to which the plaintiffs are entitled;

(d) Award each plaintiff monetary damages in the form of back pay compensation, liquidated damages equal to their unpaid compensation, plus interest;

(e) Award plaintiffs their reasonable attorneys' fees to be paid by the defendant, and the costs and disbursements of this action; and

(f) Grant such other relief as may be just and proper.

## JURY TRIAL DEMAND

Plaintiffs respectfully request a trial by jury on all claims presented in this Complaint.

Respectfully submitted,

*Thomas A. Woodley*

Thomas A. Woodley
Douglas L. Steele
Jennifer P. Cohen
WOODLEY & McGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005
(202) 833-8855 Phone
(2020 452-1090 Fax

*Thomas McGowan*

Thomas McGowan, Esq.
Provost, Umphrey, Youngdahl & Sadin
1 Riverfront Place
Suite 605
North Little Rock, AR  72114-5646
(505) 792-8500 Phone
(505) 792-8700 Fax

Counsel For Plaintiffs

5

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

# *Exhibits Attached to Original Document in Courts's Case File*